MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
ROBERT HODGES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  CR.S-04-0118-WBS |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION ON SELF |
| ) | SURRENDER DATE |
| ) | |
| ) | |
| ROBERT HODGES, ) | |
| ) | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel, as follows:

The that the present date for the Self surrender of this defendant is continued to November 30, 2009 at 2:00 p.m.  The defendant, out of custody, and sentenced in September 0f 2009,  has not yet been designated by the Bureau of Prisons. His current self surrender date is November 10, 2009.

Stip on self surrender

```
DATED: November 9, 2009.          Respectfully submitted,

                                  /s/ MARK J. REICHEL
                                  MARK J. REICHEL
                                  Attorney for Defendant

                                  LAWRENCE K. BROWN
                                  United States Attorney

DATED: November 9, 2009.          /s/MARK J. REICHEL for:
                                  JOHN VINCENT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.** All other orders of release and self surrender shall remain in full force and effect.

DATED: November 9, 2009

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip on self surrender                    2