MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
ROBERT HODGES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  ) Case No.  CR.S-04-0118-WBS
            Plaintiff,            )
                                  )
     v.                           ) STIPULATION ON SELF
                                  ) SURRENDER DATE
                                  )
                                  )
ROBERT HODGES,                    )
                                  )
            Defendant.            )
_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective undersigned counsel, as follows:

    The that the present date for the Self surrender of this defendant is continued to December 21, 2009 at 2:00 p.m.  The defendant, out of custody, and sentenced in September of 2009,  has been designated by the Bureau of Prisons, and his counsel is attempting to re locate his designation.  He has been designated to FCI La Tuna New Mexico, despite the fact he has no prior criminal record and only received a sentence

Stip on self surrender

of 5 months custody. He has children and family in California. His counsel is attempting to secure a California designation, and needs additional time to work with the Bureau of Prisons on this matter.

DATED: November 23, 2009.          Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant

LAWRENCE K. BROWN
United States Attorney

DATED: November 23, 2009.          /s/MARK J. REICHEL for:
JOHN VINCENT
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The date for the Self surrender of this defendant is continued to December 21, 2009 at 2:00 p.m. All other orders of release and self surrender shall remain in full force and effect.

DATED: November 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip on self surrender                                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip on self surrender                    3