PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00118-03** |
| ) | |
| **Robert Gibson HODGES** ) | |
| ) | |

On September 14, 2009, the above-named was placed on Supervised Release for a period of 3 years, commencing May 19, 2010.  He has complied with the rules and regulations of supervision. He has made regular monthly payments of $200 toward restitution (joint and several), and has an outstanding balance of $141,387.36.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

Dated:   September 14, 2012
         Roseville, California
         DDW:jc

**REVIEWED BY:**   /s/ Dayna D. Ward
         for   **KYRIACOS M. SIMONIDIS
         Supervising United States Probation Officer**

Re:     Robert Gibson HODGES
        Docket Number:   2:04CR00118-03
        **ORDER TERMINATING SUPERVISED RELEASE
        PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Date:  September 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


DDW:jc
Attachment:    Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
        vs. )   Docket Number: 2:04CR00118-03
)
**Robert Gibson HODGES** )
)

**LEGAL HISTORY:**

On September 14, 2009, the above-named was placed on Supervised Release for a period of 3 years, which commenced on May 19, 2010. Special conditions included a requirement for restitution for $151,250.00 (Hodges has paid a total of $4,350.00, nearly half of the total collected of $9,862.64), warrantless search, financial disclosure and restrictions, cooperate with the IRS, $200 special assessment (satisfied), and Location Monitoring for 5 months (satisfied).

**SUMMARY OF COMPLIANCE:**

Mr. Hodges has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Hodges has derived maximum benefit from supervision and is not in need of continued supervision. Mr. Hodges has stated he will continue to make monthly payments of $200 toward restitution.

**Re:    Robert Gibson HODGES
        Docket Number:   2:04CR00118-03
        RECOMMENDATION TERMINATING
        <u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>**

<u>**RECOMMENDATION:**</u>

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

          Respectfully submitted,

          /s/ Dayna D. Ward

          **DAYNA D. WARD
          Senior United States Probation Officer**

Dated:   August 31, 2012
       Roseville, California
       DDW:jc

**REVIEWED BY:**  <u>/s/ Dayna D. Ward</u>
      for **KYRIACOS M. SIMONIDIS
         Supervising United States Probation Officer**

DDW;jc
cc: AUSA  John K. Vincent / Matthew Segal (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)